Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
30, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 30, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00240-CV

____________

 

IN RE DEWAYNE MARKS SHELTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 17,  2004, relator filed a petition for writ of mandamus in this
Court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2004); see
also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed March 30, 2004.

Panel consists of
Justices Yates, Anderson and Hudson.